UNIVERSITY OF ILLINOIS, No. 602—

*Opinion submitted March 14, 1934.*

### By the Court.

Because the business of the University of Illinois is not that of maintaining and operating buildings, as construed by the courts, it seems that the service of a plumber regularly employed in the maintenance and repair of plumbing work in the buildings of the University is not within the Workmen's Compensation Act. The case of *Therien* vs. *Industrial Commission*, 351 Ill. 166 seems directly in point upon the facts stated. No award is recommended: See *Lombard College* vs. *Industrial Commission*, 294 Ill. 548.